IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROGER LEE HARRELL

    Petitioner,

v.     Civil Action No. 3:15CV31

COMMONWEALTH OF VIRGINIA,

    Respondent.

## MEMORANDUM OPINION

Petitioner, Roger Lee Harrell, a Virginia prisoner proceeding pro se, submitted this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 ("§ 2254 Petition," ECF No. 3), challenging his convictions for burglary, two counts of robbery, wearing a mask in public, and three counts of abduction. On March 20, 2015, the Magistrate Judge issued a Report and Recommendation recommending that the Court dismiss the action because Harrell has not obtained authorization from the United States Court of Appeals for the Fourth Circuit to file a successive § 2254 petition challenging these convictions. The Court advised Harrell that he could file objections within fourteen (14) days of the date of entry thereof. Harrell has not filed objections.

There being no objections, the Report and Recommendation will be accepted and adopted. The action will be dismissed for

want of jurisdiction. The Court will deny a certificate of appealability.

The Clerk is directed to send Harrell a copy of this Memorandum Opinion.

/s/ REP

Robert E. Payne
Senior United States District Judge

Date: May 8, 2015
Richmond, Virginia